the picnic and paid for after the picnic, the delivery and the set-up for dispensing the beer at the picnic grove was done by the defendant. While it is true it did not actually dispense it, in this court's opinion the defendant as a wholesaler for all practical purposes, provided a dram shop where the plaintiff's decedent and others could become intoxicated.

The matter is before us upon a dismissal of the complaint and we therefore reverse the judgment of the Circuit Court of Lake County and remand the same for trial upon the merits.

Reversed and remanded.

SEIDENFELD, P. J., and ABRAHAMSON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN DAVID YOUNG, Defendant-Appellant.

(No. 71-217; )

Second District—April 14, 1972.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.